IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Charlie H. Ray, | : | |
| | : | |
| Plaintiff(s), | : | |
| | : | Case Number: 1:08cv30 |
| vs. | : | |
| | : | Chief Judge Susan J. Dlott |
| Commissioner of Social Security, | : | |
| | : | |
| Defendant(s). | : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United

States District Court for the Southern District of Ohio Western Division to United States

Magistrate Judge Timothy S. Black. Pursuant to such reference, the Magistrate Judge reviewed

the pleadings and filed with this Court on April 20, 2010 Report and Recommendation (Doc.

18).  Subsequently, the defendant filed objections to such Report and Recommendation.

The Court has reviewed the comprehensive findings of the Magistrate Judge and

considered de novo all of the filings in this matter. Upon consideration of the foregoing, the

Court does determine that such Recommendation should be adopted.

Accordingly, the unopposed EAJA fee petition (Doc. 17) is **GRANTED** and plaintiff's

counsel is **AWARDED** the requested $3,000.00 in fees.

IT IS SO ORDERED.


       ___s/Susan J. Dlott_____
       Chief Judge Susan J. Dlott
       United States District Court